moot, petitioner having been admitted to bail. *Jacob Spiegel* for petitioner. *Solicitor General Soboloff* for respondent.

No. 677. WILSON, EXECUTOR, ET AL. *v.* SIMLER, *ante,* p. 954. Petition for rehearing denied. Motion to stay proceedings also denied.

No. 410, Misc. BOLESTA *v.* MADIGAN, WARDEN, ET AL. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Solicitor General Soboloff* for respondents.

No. 552, Misc. BRANDON *v.* CALIFORNIA. Application denied.

No. 569, Misc. GRAHAM *v.* NEW JERSEY. Motion for leave to file petition for writ of habeas corpus denied.

No. 729. UNITED STATES *v.* INTERNATIONAL BOXING CLUB OF NEW YORK, INC. ET AL. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. *Solicitor General Soboloff* for the United States. *Whitney North Seymour* and *Charles H. Watson* for appellees.

No. 641. UNITED STATES *v.* ACRI ET AL. C. A. 6th Cir. Certiorari granted. *Solicitor General Soboloff* for the United States. *Francis B. Kavanagh* and *Israel Freeman* for Oravitz, respondent.

No. 642. UNITED STATES *v.* LIVERPOOL & LONDON & GLOBE INSURANCE CO., LTD. ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Soboloff* for the United

States. *Searcy L. Johnson* for the Liverpool & London & Globe Insurance Co., Ltd.; and *Arthur S. Goldberg* for the Sunnyland Wholesale Furniture Co., respondents.

No. 643. UNITED STATES *v.* SCOVIL ET AL. Supreme Court of South Carolina. Certiorari granted. *Solicitor General Soboloff* for the United States. *Thomas A. Wofford* for respondents.

No. 3. HOLCOMBE, MAYOR OF HOUSTON, ET AL. *v.* BEAL ET AL. C. A. 5th Cir. Certiorari denied. *Douglas W. McGregor* for petitioners.

No. 156. WICHITA FALLS JUNIOR COLLEGE DISTRICT ET AL. *v.* BATTLE ET AL. C. A. 5th Cir. Certiorari denied. *Guy Rogers* and *C. C. McDonald* for petitioners.

No. 583. HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO ET AL. *v.* BANKS ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied. *George O. Bahrs* and *Henry C. Clausen* for petitioners. *Loren Miller* for respondents.

No. 662. SANZO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Soboloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 667. BENATAR ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Leo R. Friedman* for peti-